The Honorable Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TOM BOSCH, as Personal Representative of the Estate of MARIAN L. LINDSEY, Deceased; JOHN LINDSEY; ORVILLE LINDSEY; KIM LINDSEY; GEORGIE LINDSEY; JOHN RICHARD LINDSEY, JR.; JACKIE LINDSEY; SHARRON GOODMAN; RANDY GOODMAN; DANIEL GOODMAN; CHRISTINA LINDSEY; RAYMOND LINDSEY; ORVILLE DONALD LINDSEY; DARRELL LINDSEY; NATHAN LINDSEY; MARION R. LINDSEY; WILLIAM LINDSEY; UNKNOWN HEIRS TO THE ESTATE OF MARION L. LINDSEY; UNKNOWN HEIRS TO THE ESTATE OF GEORGE A. LINDSEY; STATE OF WASHINGTON DEPARTMENT OF SOCIAL & HEALTH SERVICES; GEORGE SILVA dba SILVA CONSTRUCTION; LONNIE TRASK; et al., <br><br> Defendants. | NO.  C05 5150 FDB <br><br> STIPULATION AND ORDER FOR DEFAULT AS TO THE STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES |

STIPULATION AND ORDER FOR DEFAULT AS TO THE STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES -- NO.  C05 5150

1

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124
(360) 459-6558

COMES NOW, UNITED STATES OF AMERICA (Plaintiff) and STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES (Defendant), by and through their undersigned attorneys, and stipulate and agree as follows:

**STIPULATION**

That the STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, agrees to the entry of an order of default being entered against it.  Plaintiff agrees that its judgment will foreclose the STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES' interest in real properties described in the Complaint, but that Plaintiff will not take a monetary judgment against the STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES who is party to this stipulation.

Further, this stipulation shall not impair the validity of any rights of the STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES that are not foreclosed by the entry of Default.

**ORDER OF DEFAULT AS TO STATE OF WASHINGTON**

PREMISED UPON THE ABOVE STIPULATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

That the Defendant, STATE OF WASHINGTON, DEPARMENT OF SOCIAL AND HEALTH SERVICES is in default, and that the default of said Defendant is hereby entered,

//

//

//

//

STIPULATION AND ORDER FOR DEFAULT AS TO THE STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES -- NO. C05 5150

2

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124
(360) 459-6558

and the Plaintiff is allowed to move for judgment according to the terms stipulated to herein.

DONE this 26th day of May 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

**Presented by:**

                                              **ROB MCKENNA**
                                              Attorney General

/s/ /*Anastasia D. Bartlett*/                  /s/    *Ian M. Bauer*
ANASTASIA BARTLETT                    IAN M. BAUER, WSBA No. 35563
WSBA No. 29475                            Assistant Attorney General
Office of the United States Attorney       Attorneys for Defendant State of Washington
  For the Western District of Washington   Department of Social and Health Services
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel: 206-553-7970
Fax: 206-553-7067
Anastasia.Bartlett@usdoj.gov
Attorney for Plaintiff

STIPULATION AND ORDER FOR DEFAULT AS TO THE STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES -- NO. C05 5150

3

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA 98504-0124
(360) 459-6558