|   |   |
|---|---|
|   | Hon. Franklin D. Burgess |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOM BOSCH, as Personal Representative of the Estate of MARION L. LINDSEY, Deceased; JOHN LINDSEY; ORVILLE LINDSEY; KIM LINDSEY; GEORGIE LINDSEY; JOHN RICHARD LINDSEY, JR.; JACKIE LINDSEY; SHARRON R. GOODMAN; RANDY GOODMAN; DANIEL GOODMAN; CHRISTINA LINDSEY; RAYMOND LINDSEY; ORVILLE DONALD LINDSEY; DARRELL LINDSEY; NATHAN LINDSEY; MARION R. LINDSEY; WILLIAM LINDSEY; UNKNOWN HEIRS TO THE ESTATE OF MARION L. LINDSEY; UNKNOWN HEIRS TO THE ESTATE OF GEORGE LINDSEY; STATE OF WASHINGTON DEPARTMENT OF SOCIAL HEALTH SERVICES; WRIGHT'S CABLEVISION; GEORGE SILVA, dba SILVA CONSTRUCTION, LONNIE TRASK; and ALSO ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE REAL PROPERTY DESCRIBED IN THE COMPLAINT,<br><br>　　　　　Defendants. | NO. C 05-5150 FDB<br><br>UNITED STATES' MOTION AND PROPOSED ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)<br><br>NOTE ON CALENDAR: FILING DATE PURSUANT TO LOCAL RULE 7(d)(1) |

　　　　Notice is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1), the United States requests this Court to dismiss the above captioned mortgage foreclosure action. The indebtedness of the Estate of Marion L. Lindsey to the United States, having been paid in full, the above foreclosure action is moot.

MOTION FOR DISMISSAL
AND ORDER   - 1

No parties have filed an answer or motion for summary judgment in this action. Although the State of Washington did appear, it did not file an answer to the complaint, and on May 30, 2005, this Court entered the Stipulated Order of Default as to the State of Washington. (<u>See</u> Stipulation and Order of Default, Clerk's Record # 30.)

DATED this 7th day of June, 2005.

        Respectfully submitted,

        JOHN McKAY
        United States Attorney
        Western District of Washington

        *ss/Anastasia D. Bartlett*
        Anastasia D. Bartlett, WSBA # 7142
        Assistant United States Attorney
        Office of the United States Attorney
         for the Western District of Washington
        700 Stewart Street, Suite 5220
        Seattle, WA 98104
        Tel: (206) 553-7970
        Fax: (206) 553-4073
        Anastasia.Bartlett@usdoj.gov

<u>ORDER</u>

IT IS SO ORDERED.

DATED this 8th day of June, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

MOTION FOR DISMISSAL
AND ORDER - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970